**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 11-20273

MACH TAN LE,

    Defendant.
                                                /

## ORDER DENYING DEFENDANT'S MOTION FOR RELEASE ON BOND

Before the court is Defendant Mach Tan Le's "Motion for Release on Bond Pending Sentencing Filed Under Seal." Defendant was indicted of one count of conspiracy to possess a controlled substance with intent to distribute and entered a guilty plea pursuant to a Rule 11 plea agreement. The court held a hearing on September 7, 2011. For the reasons stated on the record, the court will deny the motion. Accordingly,

IT IS ORDERED that Defendant's "Motion for Release on Bond Pending Sentencing Filed Under Seal" [Dkt. # 26] is DENIED.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 9, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 9, 2011, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522